**KING & SPALDING LLP**
Dale J. Giali (SBN 150382)
dgiali@kslaw.com
Keri E. Borders (SBN 194015)
kborders@kslaw.com
Rebecca B. Johns (SBN 293989)
rjohns@kslaw.com
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant
KIND LLC

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS GUERRA, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>KIND LLC,<br><br>    Defendant. | Case No.: 3:22-cv-06654-RS<br><br>**STIPULATION AND ORDER:**<br><br>**1. EXTENDING TIME TO RESPOND TO COMPLAINT; AND**<br><br>**2. SETTING BRIEFING SCHEDULE ON ANTICIPATED MOTION TO DISMISS**<br><br>[*Declaration of Keri E. Borders and [Proposed] Order filed concurrently herewith*] |

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff Chris Guerra ("plaintiff") and
2    defendant KIND LLC ("KIND"), by and through their respective counsel of record, hereby
3    stipulate as follows:
4    WHEREAS, on October 28, 2022, plaintiff filed a complaint in this action (Dkt. No. 1);
5    WHEREAS, on December 5, 2022, plaintiff served the complaint on KIND;
6    WHEREAS, KIND's response to the complaint is currently due on or before December
7    27, 2022;
8    WHEREAS, KIND has requested, and plaintiff has agreed to, a thirty day extension of
9    KIND's deadline to answer or otherwise respond to the complaint, such that KIND's response is
10   due on or before January 26, 2023;
11   WHEREAS, in response to the complaint, KIND currently anticipates filing a motion to
12   dismiss;
13   WHEREAS, as described in more detail in the accompanying declaration of Keri E.
14   Borders, the parties have agreed upon a briefing schedule for that anticipated motion to dismiss
15   that will accommodate the parties' respective schedules and permit the parties to prepare briefing
16   that is most helpful to the Court;
17   WHEREAS, an extension of KIND's time to file a response and the briefing schedule set
18   forth herein will not alter the date of any event or any deadline already fixed by Court order, nor
19   will any party be prejudiced or this litigation unreasonably delayed;
20   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
21   their respective counsel, that:
22   1.    KIND's deadline to answer or otherwise respond to the complaint will be January
23   26, 2023; and
24   2.    Subject to the Court's approval, if KIND files a motion to dismiss in response to
25   the complaint, plaintiff's opposition to that motion will be due on March 3, 2023; KIND's reply
26   in support of that motion will be due on March 24, 2023; and the hearing on defendant's motion
27   to dismiss will be on April 13, 2023.
28

| | | |
|---|---|---|
| Dated: December 14, 2022 | | KING & SPALDING LLP<br>Dale J. Giali<br>Keri E. Borders<br>Rebecca B. Johns |
| | | By: */s/ Keri E. Borders*<br>         Keri E. Borders<br>Attorneys for Defendant<br>KIND LLC |
| Dated: December 14, 2022 | | GUTRIDE SAFIER LLP<br>Seth A. Safier<br>Hayley Reynolds |
| | | By: */s/ Hayley Reynolds*<br>         Hayley Reynolds<br>Attorneys for Plaintiff<br>CHRIS GUERRA |

## ATTESTATION

I, Keri E. Borders, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By:  */s/ Keri E. Borders*
        Keri E. Borders

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. KIND will have until January 26, 2023 to answer or otherwise respond to plaintiff's complaint; and

2. If KIND files a motion to dismiss in response to the complaint, plaintiff's opposition to that motion will be due on March 3, 2023; KIND's reply in support of that motion will be due on March 24, 2023; and the hearing on defendant's motion to dismiss will be on April 13, 2023.

Dated:  12/14/2022

_____
HONORABLE RICHARD SEEBORG
United States District Judge