**GUTRIDE SAFIER LLP**

Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
  kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS GUERRA, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>KIND LLC,<br><br>                    Defendant. | CASE NO. 3:22-cv-06654-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] TO VACATE THE CASE MANAGEMENT CONFERENCE**<br><br>*[Proposed] Order filed concurrently herewith]* |

Plaintiff Chris Guerra ("Plaintiff") and Defendant KIND LLC ("KIND") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, the Court held a Case Management Conference on June 8, 2023, in which the parties advised they had reached a settlement in principle (Dkt. No. 40);

WHEREAS, the Court set a subsequent Case Management Conference for July 27, 2023 (*id.*);

WHEREAS, the parties have worked towards finalizing the settlement and expect an imminent dismissal;

WHEREAS, the parties agree that, in light of this, there is no need to proceed with the scheduled Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The Case Management Conference scheduled for July 27, 2023 is vacated.

Dated: July 18, 2023

KING & SPALDING LLP
Dale J. Giali
Keri E. Borders

By: */s/ Keri E. Borders*
Keri E. Borders
Attorneys for Defendant
KIND LLC

Dated: July 18, 2023

GUTRIDE SAFIER LLP
Seth A. Safier
Kali Backer
Hayley Reynolds

By: */s/ Kali R. Backer*
Kali Backer

Attorneys for Plaintiff
CHRIS GUERRA

## ATTESTATION

I, Kali Backer, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By: /s/ *Kali Backer*
Kali Backer

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

The Case Management Conference scheduled for July 27, 2023 is hereby vacated.

Dated: July 18, 2023

_____

HON. RICHARD SEEBORG
United States District Judge